1

2

3

4

5

6                              IN THE UNITED STATES DISTRICT COURT

7                            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    EDDIE JONES,                                    1:06-CV-0379 AWI WMW HC

10              Petitioner,

11        vs.                                        ORDER TO SUBMIT
                                                     APPLICATION TO PROCEED
12   KATHY MENDOZA-POWERS,                           IN FORMA PAUPERIS
     BILL LOCKYER,                                   **OR** FILING FEE
13
              Respondent.
14   _____/

15

16            Petitioner is a state prisoner proceeding pro se in an application for a writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the $5.00 filing fee, or submitted an

18   application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

19   Accordingly, IT IS HEREBY ORDERED that:

20            1. The Clerk's Office shall send to petitioner the form for application to proceed in forma

21   pauperis.

22            2.  Within thirty days of the date of service of this order, petitioner shall submit a

23   completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee for this

24   action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

25   IT IS SO ORDERED.

**Dated:    April 12, 2006**            _____/s/  **William M. Wunderlich**_____
26   bl0dc4                              UNITED STATES MAGISTRATE JUDGE

27

28

Dockets.Justia.com