IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE JONES, | 1:06-CV-0379 AWI WMW HC |
| Petitioner, | |
| vs. | ORDER VACATING ORDER OF APRIL 13, 2006 |
| KATHY MENDOZA-POWERS, BILL LOCKYER, | (DOCUMENT #4) |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 13, 2006, the court ordered petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee. On April 24, 2006, petitioner submitted a letter with the court, providing evidence that he had paid the $5.00 filing fee for this case at the United States District Court in the Southern District of California. Accordingly, good cause having been provided to the court, and good cause appearing, IT IS HEREBY ORDERED THAT the court's order of April 13, 2006, entitled "Order to Submit Application to Proceed in Forma Pauperis or Filing Fee," is VACATED in its entirety.

IT IS SO ORDERED.

**Dated:   May 3, 2006**           /s/  **William M. Wunderlich**
bl0dc4                                           UNITED STATES MAGISTRATE JUDGE