UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDDIE JONES, | ) | 1:06-CV-0379 AWI JMD (HC) |
| | ) | |
| Petitioner, | ) | ORDER ON FINDINGS AND |
| | ) | RECOMMENDATION AND REFERRING |
| | ) | PETITION BACK FURTHER FINDINGS |
| v. | ) | (Doc. No. 14) |
| | ) | |
| | ) | |
| KATHY MENDOZA-POWERS, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 4, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DENIED with prejudice. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On September 25, 2008, Petitioner filed objections to the Findings and Recommendation. In

accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Petitioner argues extensively from the recent California Supreme Court case of *In re Lawrence*, 44 Cal.4th 1181 (2008), which was decided on August 21, 2008. *Lawrence* clarifies the analysis for evaluating the parole suitability/unsuitablility factors, including the nature of the commitment offense. Since the *Lawrence* decision issued very shortly before the Findings and Recommendation was entered, the Findings understandably did not consider what effect, if any, *Lawrence* would have on the petition. The Court believes that further recommendations are necessary in light of *Lawrence*.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued September 4, 2008, are NOT ADOPTED at this time; and
2. Petitioner's petition is referred back to the Magistrate Judge for consideration of what effects, if any, *In re Lawrence*, 44 Cal.4th 1181 (2008), may have on this petition.

IT IS SO ORDERED.

**Dated:   October 21, 2008**                     /s/ Anthony W. Ishii
                                                                                CHIEF UNITED STATES DISTRICT JUDGE