# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDDIE JONES, | ) | 1:06-CV-00379AWI JMD HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR JUDICIAL NOTICE [Doc. 19] |
| v. | ) | |
| | ) | |
| KATHY MENDOZA-POWERS, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a State prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 7, 2009, Petitioner moved the Court to take judicial notice of *In re Lawrence*, 44 Cal.4th 1181 (Cal. 2008). The Court find this request to be moot.

The Court issued a Findings and Recommendation on September 4, 2008, recommending that the petition be denied with prejudice. On September 25, 2008, Petitioner filed objections to the Findings, cited extensively to *Lawrence*.

The District Judge then referred the matter back for consideration of *Lawrence*. The Court issued an Amended Findings and Recommendation on October 29, 2008, recommending that the petition be denied and discussing the effect of *Lawrence* on Petitioner's claims.

Petitioner's motion is moot as the Court has thoroughly considered *Lawrence* in adjudicating Petitioner's claims. Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for judicial notice is DENIED.

IT IS SO ORDERED.

**Dated:   August 17, 2009**                **/s/ John M. Dixon**
                                    UNITED STATES MAGISTRATE JUDGE